722

Commonwealth *v.* Trembler, Appellant.

Submitted September 16, 1971. *Renald S. Baratta, and Malos, Baurkot & Baratta,* for appellant; *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Turner, Appellant.

Submitted September 13, 1971. *Mary Bell Hammerman,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Weaver, Appellant.

Argued September 16, 1971. *William W. Stainton,* with him *Marshall M. Cohen,* and *Arnold, Bricker, Beyer & Barnes,* for appellant; *D. Richard Eckman,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.